UNITED STATES DISTRICT CIRCUIT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| ANGEL JONES, | ) | |
| | ) | Cause No.: 4:22-cv-01118 MTS |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| ST. LOUIS COUNTY GOVERNMENT, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## STIPULATION OF DISMISSAL

The above titled matter having been fully compromised and settled, the same is hereby dismissed with prejudice and without costs to either party.  The Court may enter its Order of Dismissal with prejudice without further notice to either party.

Dated: July 14, 2023

By: */s/ Anthony S. Bretz*
Anthony S. Bretz, #61075MO
BRETZ LEGAL, LLC
222 S. Central Ave., Ste. 1004
Clayton, MO 63105
Phone: (314) 730-0394
Fax: (314) 785-6500
Email: tbretz@bretzlegal.com
*Counsel For Plaintiff*

Dated: July 14, 2023

By: */s/ Portia J. Britt*
Portia J. Britt, 69016MO
Willie T. McGarry, 68244MO
Lawrence K. Roos County Government Building
41 S. Central Avenue, Ninth Floor
Clayton, MO 63105
Phone: (314) 615-5891
Fax: (314) 615-3732
pbritt@stlouiscountymo.gov
wmcgarry@stlouiscountymo.gov
*Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

 IT IS HEREBY certified that on this 14th day of July, 2023, the foregoing was electronically filed with the Court and that a true and correct copy was electronically served upon the following via the CM/ECF system:

 Portia J. Britt, 69016MO
 Willie T. McGarry, 68244MO
 Lawrence K. Roos County Government Building
 41 S. Central Avenue, Ninth Floor
 Clayton, MO 63105
 Phone: (314) 615-5891
 Fax: (314) 615-3732
 pbritt@stlouiscountymo.gov
 wmcgarry@stlouiscountymo.gov

 *Attorneys for Defendant*

 */s/ Anthony S. Bretz*